# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

RE:  Jeaneen Shartrice Townes XXX-XX-2013          Case No. 08-32024

## DIRECTIVE FOR TERMINATION OF WAGE DEDUCTION

**ACS STATE HEALTH CARE, LLC**
**2828 N HASKELL**
**DALLAS, TX  75204**
**ATTN: PAYROLL**

The above case having been completed, dismissed, or converted to a Chapter 7, or the debtor no longer being an employee of your company and no further payments being required in this matter;

IT IS DIRECTED:

That the above Employer be, and is hereby directed to discontinue withholding any additional funds from the wages of the debtor, **Jeaneen Shartrice Townes**, and to remit directly to the debtor any funds held or to be held as of the date of this Directive under the previous Directive for Deduction.

THIS DIRECTIVE IS ENTERED PURSUANT TO A STANDING ORDER OF THE UNITED STATES BANKRUPTCY COURT.

Dated: **September 1, 2011**

**/S/Robert E. Hyman**
Robert E. Hyman, Trustee
Eastern District of Virginia, Richmond Division

**IF ANY INFORMATION IS DESIRED REGARDING THIS DIRECTIVE, CALL THE TRUSTEE'S OFFICE AT 804.775.0979 OR FAX TO 804.775.0986**

The Trustee does hereby certify that a copy of this Directive was mailed to the debtor, debtor's counsel and the employer on the date above written.

**/S/Robert E. Hyman**
Robert E. Hyman, Trustee