UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:   Jeaneen Shartrice Townes            xxx-xx-2013            Case #   08-32024

**O R D E R**

This cause came on to be heard upon the Trustee's Motion to Dismiss for failure to make payments as required by the Plan filed, **May 15, 2009**,

It appearing to the Court that the Debtor has failed to comply with the terms of the Plan confirmed by this Court,

It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor under Chapter 13 is and the same be hereby dismissed.

It is further ORDERED that any payments due the Chapter 13 Trustee prior to entry of this order and received pursuant to a wage assignment shall be paid by the Chapter 13 Trustee in accordance with the Debtor's Plan, and any such payments due after the entry of this order shall be remitted to the Debtor.

The Clerk shall mail a copy of this order on the Debtor(s), their Attorney, the Chapter 13 Trustee and notice of the dismissal shall be sent to all creditors and parties in interest.


Dated:                                                              _____
                                                                                                Judge
RICHMOND, VIRGINIA
_____

I ASK FOR THIS:


/s/Robert E. Hyman
Robert E. Hyman
Standing Chapter 13 Trustee
P. O. Box 1780
Richmond, Virginia 23218-1780            NOTICE OF JUDGMENT OR ORDER
(804) 775-0979
VSB #5578                                             Entered On Docket _____


PARTIES TO RECEIVE COPIES:

Jeaneen Shartrice Townes
227 S. Cedar Ave
Highland Springs, VA  23075